UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | No.  1:24-cv-00699-JLT-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A FURTHER RESPONSIVE PLEADING WITHIN FOURTEEN DAYS<br><br>(ECF No. 22) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff is a civil detainee under the Sexually Violent Predator Act, Cal. Welfare & Institutions Code § 6600, et seq.

　　　On April 18, 2025, Defendant's motion to dismiss the complaint was denied.  (ECF No. 22.)  Accordingly, it is HEREBY ORDERED that Defendant shall file a further responsive pleading within **fourteen (14)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  __**April 21, 2025**__　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1