UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD, | No.  1:24-cv-00699-JLT-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE AN OPPOSITION |
| v. | |
| COUNTY OF FRESNO, | (ECF No. 29) |
| Defendant. | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the time to file an opposition to Plaintiff's motion for summary judgment, filed February 2, 2026.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an opposition is extended to **February 20, 2026**.

IT IS SO ORDERED.

Dated:  **February 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1