UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br>Plaintiff,<br>v.<br>COUNTY OF FRESNO,<br>Defendant. | No. 1:24-cv-00699-JLT-SAB (PC)<br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br>(ECF No. 41) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff is a civil detainee under the Sexually Violent Predator Act, Cal. Welfare & Institutions Code § 6600, et seq.

On July 10, 2026, the Court issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied.[1] (ECF No. 39.)

On July 23, 2026, Plaintiff filed a motion for appointment of counsel and request for the Court to schedule a settlement conference. (ECF No. 41.)

Based on Plaintiff's request, it is HEREBY ORDERED that within **seven (7)** days from the date of service of this order, Defendant shall file a response indicating whether a settlement conference would be beneficial prior to setting this case for trial.

IT IS SO ORDERED.

Dated: **July 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Defendant County of Fresno did not file a dispositive motion and the deadline to do so has passed.