**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID GOULD,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

Case No. 1:24-cv-0699 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Docs. 31, 39)

David Gould is a civil detainee under the Sexually Violent Predator Act, Cal. Welfare & Institutions Code § 6600, et seq., who seeks to hold the County of Fresno liable for violations of his civil rights under the Fourteenth Amendment. Gould asserts that while housed as a civil detainee at the Fresno Couty Jail, he was subjected to conditions of confinement that were the same as criminal detainees, punitive in nature, and more restrictive than those at Coalinga State Hospital, where he is currently housed. (*See generally* Doc. 1.) Gould seeks summary judgment on his claims under Rule 56 of the Federal Rules of Civil Procedure. (Doc. 31.) The County opposes the motion. (Doc. 32.)

The magistrate judge found Gould did not show he was entitled to summary judgment on his claim relating to the following conditions: (1) dayroom time; (2) shower time; (3) clothing exchanges and access to personal clothing items; (4) recreation and visitation times; (5) canteen and commissary access; (6) the lack of confidential telephone calls; (7) the lack of confidential

personal and legal mail; (8) restrictions on religious exercise; (9) access to reading materials, including the law library; (10) television time restrictions; (11) access to cleaning supplies; (12) procedures during escorts and restraints; (13) access to personal items, such as televisions, radios, and music players; (14) "restaurant/grill" access; (15) the lack of computers; (16) extra access to laundry services; and (17) access to microwave and refrigerator. (Doc. 39 at 14-23.) The magistrate judge found that Gould "failed to meet his heavy burden of establishing that no genuine issue of material fact exists or that he is entitled to judgment as a matter of law" related to the identified conditions, and the County identified "legitimate, nonpunitive reasons for the various conditions of confinement…." (*Id.* at 23.) Therefore, the magistrate judge recommended the Court deny the motion for summary judgment. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 21 days. (Doc. 39 at 23.) The Court advised the parties that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Gould did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 10, 2026 (Doc. 39) are **ADOPTED** in full.

2. Plaintiff's motion for summary judgment (Doc. 31) is **DENIED**.

IT IS SO ORDERED.

Dated: August 6, 2026

[signature] Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE