UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID GOULD,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

No. 1:24-cv-00699-JLT-SAB (PC)

ORDER DENYING PLAINTIFF'S MOTION TO APPEAR AT SETTLEMENT CONFERENCE VIA VIDEO AS UNNECESSARY

(ECF No. 47)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff is a civil detainee under the Sexually Violent Predator Act, Cal. Welfare & Institutions Code § 6600, et seq.

This case is currently set for a video settlement conference on October 21, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. (ECF No. 45.)

Currently before the Court is Plaintiff's motion to appear at the settlement conference via video, filed August 10, 2026. (ECF No. 47.) Therein, Plaintiff requests to appear via video from Coalinga State Hospital (CSH) and requests that the Court send a copy of the August 3, 2026, order setting the settlement conference to the Litigation Coordinator at CSH.

Inasmuch as the settlement conference is scheduled to be held via the Zoom videoconferencing application, Plaintiff's request to appear by video is unnecessary. Plaintiff is

advised that the Court will issue the necessary transportation writ for his video appearance in due course. In addition, as stated in the Court's August 3, 2026, order, counsel for Defendant is "required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information." (ECF No. 45 at 1.) However, in an abundance of caution, the Court will order the Clerk of Court to serve a copy of the August 3, 2026, on the Litigation Coordinator at CSH.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to appear via video at the October 21, 2026, settlement conference is denied as unnecessary; and
2. The Clerk of Court shall serve a copy of this order on the Litigation Coordinator at Coalinga State Hospital.

IT IS SO ORDERED.

Dated: **August 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge