UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br>Defendant. | 1:24-cv-00699-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **CIVIL DETAINEE DAVID GOULD**, No. 839-1, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: October 21, 2026<br>TIME: 9:30 a.m. |

**Civil detainee David Gould, No. 839-1**, a necessary and material witness on his behalf in a settlement conference on **October 21, 2026**, is confined at Coalinga State Hospital, in the custody of the Executive Director. In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on October 21, 2026, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Executive Director to produce the detainee named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the Court;

2. The custodian is ordered to notify the Court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Executive Director of Coalinga State Hospital:**

**WE COMMAND** you to produce the civil detainee named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the civil detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge