# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br>Plaintiff,<br>v.<br>COUNTY OF FRESNO,<br>Defendant. | Case No. 1:24-cv-00699-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO CIVIL DETAINEE DAVID GOULD, NO. 839-1<br><br>(ECF No. 49) |

A settlement conference in this matter was held on October 21, 2026. Civil detainee David Gould, No. 839-1, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 21, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE