# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No. 1:24-cv-00699-JLT-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 54) |

On October 21, 2026, the parties participated in a settlement conference, during which they reached a settlement agreement. (ECF No. 51.) The parties were ordered to file dispositional documents within forty-five days of the settlement. (ECF No. 52.) On November 10, 2026, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 54.)

Pursuant to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). However, at this stage of the proceedings, the parties have reached a settlement, and dispositional documents are required. See Local Rule 160(b). Therefore, the Court will construe the parties' stipulation as a dismissal under Rule 41(a)(1)(A)(ii), which allows for dismissal by stipulation signed by all parties who have appeared. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii);

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **November 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge